No. 9803.

Orleans Appeal.

REMEDIAL LOAN SOCIETY, Appellant, v. JAMES J. LE GARDEUR, ET AL.

(December 15, 1924, Opinion and Decree.)

*(Syllabus by the Court.)*

1. Louisiana Digest—Appeal—Par. 715.
   A case will be remanded whenever in the opinion of the court the ends of justice will be served thereby.

Appeal from First City Court, Hon. Val J. Stentz, Judge.

Remanded for further evidence.

WESTERFIELD, J., dissents.

Legier, McEnerny & Waguespack, attorneys for plaintiff and appellant.

Jas. J. LeGadeur, S. Fye Bass and R. J. Larue, attorneys for defendant and appellee.

CLAIBORNE, J. We are of opinion that this case should be remanded to afford an opportunity to plaintiff to prove that one or more of the defendants obligated themserves as sureties of the note sued on in this case, therefore

It is ordered that this cause be remanded to the First City Court for further proceedings according to law and not inconsistent with this opinion.

WESTERFIELD, J. I am of opinion that this case should not be remanded and consequently I respectfully dissent.